**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**RALPH SANDERS**                                                                 **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 4:08cv133-LRA**

**MARK GORE, BRYAN HILL AND
DICKIE SISTRUNK**                                            **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice as to all Defendants, and, Final Judgment in favor of all Defendants is hereby entered.

SO ORDERED, this the 4th day of August, 2009.

                                        /s/ Linda R. Anderson
                                  UNITED STATES MAGISTRATE JUDGE